**Walter CLINE; William Hagler, Plaintiffs–Appellants,**

v.

**Arthur BINDER, in his official capacity and individually as Deputy Sheriff of Cumberland County, North Carolina; Morris Bedsole, in his official capaci-**

ty as former Sheriff of Cumberland County and individually; Jimmy Henley; John Doe, in their official capacities and individually; Cumberland County, North Carolina, and the Office of the Sheriff of Cumberland County, Defendants–Appellees.

No. 01–1123.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Walter Cline, William Hagler, pro se. Douglas Edward Canders, Cumberland County Attorney's Office, Fayetteville, NC, for appellees.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Walter Cline and William Hagler appeal the district court's order denying their motion to reconsider under Fed.R.Civ.P. 60(b) in their civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cline v. Binder*, No. CA–96–811–5 BO (E.D.N.C. Dec. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

---

and argument would not aid the decisional process.

*AFFIRMED.*

Jeffrey Michael Steingold appeals from the tax court's order determining a deficiency and penalty with respect to his 1994 federal income tax liability. Our review of the record and the tax court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the tax court. *Steingold v. Commissioner,* No. 98–19841 (U.S. Tax Ct. Dec. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*